UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re )
)
    Jeanne Whitman ) Case # 6:24-bk-01892-TPG
) Chapter 7
        Debtor(s). )

## APPLICATION FOR COMPENSATION & AUCTIONEER'S AFFIDAVIT

I, Robert H. Ewald, being first duly sworn on oath, do hereby state and depose as follows:

1.) That I am an Auctioneer and with EWALD AUCTIONS, INC. whose business address is: 12472 Lake Underhill Road, Suite 312, Orlando, Florida 32828.

2.) That I have personal knowledge of the facts regarding the public auction of certain personal property that is the subject of the bankruptcy of Jeanne Whitman, Debtor(s). Case number 6:24-bk-01892-TPG filed in the United States Bankruptcy Court, Middle District of Florida, Orlando Division;

3.) That pursuant to the *Notice of Intent to Sell Property of the Estate at On-Line Auction*, dated May 15, 2024, Ewald Auctions, Inc. was directed to conduct a public auction of the subject personal property, said auction was to be conducted in an on-line only format, opening on June 8 @ noon and closing on June 16, 2024 beginning at 3:00p.m. selling the personal property of the debtor(s). The property was sold pursuant to the said Notice, and the property was located for inspection at 120 W. Ponkan Road, Apopka in Orange County, Florida;

4.) That the auction was conducted on-line opening on June 8, 2024 @ noon and closing on June 16, 2024 beginning at 3:00p.m. on the pertinent auction dates. The auction campaign produced 91 phone inquiries, 191,250 impressions on the various websites and 7,437 web views of the catalogue for the auction which resulted in a total of **230** registered bidders on-line and at the auction site;

5.) That the auction was conducted in accordance with the National Auctioneer's Association and/or Certified Auctioneer's Institute guidelines. As a result thereof, "**Exhibit A**" lists the results of the auction ("**Exhibit B**" lists the bidders that attended the auction);

6.) That a summary of the expenses incurred by the auctioneer are outlined, attached and marked as "**Exhibit C**";

7.) That a summary of the results of the auction is as follows:

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Bid Price | $22,500.00 | |
| Buyer's Premium (10%) | 2,250.00 | |
| Gross Sales | | $ 24,750.00 |
| Less: | | |
|   Expenses (prorata share, 15.17%) | 424.29 | |
|   Case specific expenses: | | |
|     Case specific expenses: | 638.00 | |
|     Towing, Repairs & parts, duplicate title, etc. | | |
|   Commission | 2,250.00 | |
|     The 10% Buyer's Premium | 2,250.00 | |
|     and a 10% fee from the estate | | 5,562.29 |
| **Net to Estate** | | **$ 19,187.71** |

8.) That the buyer(s) have delivered earnest money to Ewald Auctions, Inc. in the sum of $24,750.00 for the property;

9.) That said earnest money will be or has been turned over to Emerson Noble, Trustee in the amount of $22,500.00 representing the Bid Price on the assets;

10.) The Auctioneer has retained the 10% Buyer's Premium in the amount of $2,250.00 as it is not property of the estate pursuant to the US Trustee's office;

11.) The Auctioneer makes application for an additional $3,312.29 in fees ($2,250.00) and expenses ($1,062.29) pursuant to the *Order Authorizing Employment of Auctioneer* dated May 21, 2024;

12.) That this auction was digitally tracked and the tracking is available upon request from Ewald Auction and all other documents are available in the AU2024-08-Trustee Auction case file stored at Ewald Auctions.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
Robert H. Ewald
Florida Licensed Auctioneer