United States Bankruptcy Court
Middle District of Florida

In re:                                                                                                Case No. 24-01892-TPG

Jeanne Whitman                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6                                    User: admin                                              Page 1 of 3

Date Rcvd: Jul 16, 2024                            Form ID: B318                              Total Noticed: 47

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanne Whitman, 1612 Sungazer Drive, Rockledge, FL 32955-6559 |
| tr | | Emerson C Noble, Post Office Box 622798, Oviedo, FL 32762-2798 |
| auc | + | Robert H Ewald, Ewald Auctions, Inc., 12472 Lake Underhill Road, Suite 312, Orlando, FL 32828-7144 |
| 30888618 | + | ACHIEVE BEAUTIFUL SKIN, INC., 5462 VILLAGE DRIVE, Rockledge, FL 32955-6569 |
| 30888619 | | ADP, Corporate Communications One, ADP Boulevard Mail Stop C421, Roseland, NJ 07068-8000 |
| 30917188 | | ADT, 1501 Yamato Road Boca Raton FL 33431 |
| 30888620 | + | Allergen Inc, 2525 DUPONT DRIVE IRVINE, Irvine, CA 92612-1599 |
| 30888621 | + | Blue Vine, 30 Montgomery Street Suite 3, Jersey City, NJ 07302-3829 |
| 30888623 | + | Club Wyndham Timeshare, 22 Sylvan Way Parsippany, Parsippany, NJ 07054-3801 |
| 30888624 | + | ConnectPay Payroll Services, 3270 Suntree Blvd. #209, Melbourne, FL 32940-7505 |
| 30888626 | + | Coshed LLC, 325 E. University Blvd. 89, Melbourne, FL 32901-7003 |
| 30888629 | + | Family Business Fund, 101 Plaza Real S #216, Boca Raton, FL 33432-4856 |
| 30888630 | + | Flexibility Capital, 1501 Broadway #1814, New York, NY 10036-5602 |
| 30888632 | + | LH TANNER, 2300 Avocado Ave, Melbourne, FL 32935-3802 |
| 30888633 | + | MCKESSON CORPORATION, 4345 SOUTHPOINT BLVD, Jacksonville, FL 32216-6166 |
| 30888634 | + | Merz N America, 6501 Six Forks Rd, Raleigh, NC 27615-6515 |
| 30888641 | | Prollenium Medical Technolog, 29 East Wilmot St, Richmond Hill, Ontario, Canada L4B1A3 |
| 30917189 | | Spectrum, 3316 Beaslay Dr Melbourne FL 32940 |
| 30925921 | | Spectrum, 3316 Breslay Dr Melbourne, FL 32940 |
| 30917191 | | Triton Recovery, 7071 Queensferry Mableton GA 30126 |
| 30888646 | | US SMALL BUSINESS ADMIN, 2 NORTH STREET SUITE 320, Birmingham, AL 35203 |
| 30888648 | + | WSBH 98.5, 380 N Wickham Rd suite i, Melbourne, FL 32935-8646 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: FECNOBLE | Jul 17 2024 01:25:00 | Emerson C Noble, Post Office Box 622798, Oviedo, FL 32762-2798 |
| cr | + | EDI: AISACG.COM | Jul 17 2024 01:25:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 31002956 | + | Email/Text: bncmail@w-legal.com | Jul 16 2024 21:42:00 | Bluevine Inc., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 30888615 | | Email/Text: bctcbk@brevardtc.com | Jul 16 2024 21:40:00 | Brevard County Tax Collector, Attn: Honorable Lisa Cullen, CFC, Post Office Box 2500, Titusville FL 32781-2500 |
| 30888622 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2024 21:40:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 30888625 | + | Email/Text: Bankruptcynotice@cscglobal.com | Jul 16 2024 21:41:00 | CORPORATION SERVICE COMPANY, PO BOX 2576, Springfield, IL 62708-2576 |
| 30901221 | | EDI: DISCOVER | | |

District/off: 113A-6                          User: admin                          Page 2 of 3
Date Rcvd: Jul 16, 2024                    Form ID: B318                  Total Noticed: 47

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 17 2024 01:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 30888627 | + | EDI: DISCOVER | | |
| | | | Jul 17 2024 01:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 30888628 | | Email/Text: beatriz.reyes@whetstoneholdings.com | | |
| | | | Jul 16 2024 21:41:00 | Everest Business Funding, 8200 NW 52nd Terrace 2nd Flr, Doral, FL 33166 |
| 30888616 | | EDI: FLDEPREV.COM | | |
| | | | Jul 17 2024 01:25:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30888631 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Jul 16 2024 21:41:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 30888617 | | EDI: IRS.COM | | |
| | | | Jul 17 2024 01:25:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 30888635 | ^ | MEBN | | |
| | | | Jul 16 2024 21:34:12 | MRS BPO LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 31006919 | | Email/Text: ljackson@pathward.com | | |
| | | | Jul 16 2024 21:41:00 | Pathward, National Association, 5480 Corporate Drive, Suite 350, Troy, MI 48098 |
| 30888637 | + | Email/Text: ljackson@pathward.com | | |
| | | | Jul 16 2024 21:41:00 | PATHWARD NATIONAL ASSOCIATIO, 5480 CORPORATE DR #350, Troy, MI 48098-2642 |
| 30888639 | + | EDI: LCIPHHMRGT | | |
| | | | Jul 17 2024 01:25:00 | PHH Mortgage, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 30888640 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jul 16 2024 21:40:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 30888638 | + | Email/Text: recovery@paypal.com | | |
| | | | Jul 16 2024 21:40:00 | Paypal, 2211 N 1st St, San Jose, CA 95131-2021 |
| 30888642 | + | Email/Text: collections@rapidadvance.com | | |
| | | | Jul 16 2024 21:42:00 | Rapid Finance, 4500 East West Highway 6Flr, Bethesda, MD 20814-3327 |
| 31010300 | + | Email/Text: rapid@lcsfin.com | | |
| | | | Jul 16 2024 21:41:00 | Rapid Finance, C/O LCS Financial Services Corporation, 6782 S. Potomac St #100, Centennial, CO 80112-8000 |
| 30894164 | + | Email/Text: newbk@Regions.com | | |
| | | | Jul 16 2024 21:42:00 | Regions Bank, PO Box 10063, Birmingham AL 35202-0063 |
| 30888643 | + | Email/Text: newbk@Regions.com | | |
| | | | Jul 16 2024 21:42:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N, Hoover, AL 35203-2610 |
| 31003121 | | Email/Text: bncmail@w-legal.com | | |
| | | | Jul 16 2024 21:41:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 30888644 | + | EDI: WTRRNBANK.COM | | |
| | | | Jul 17 2024 01:25:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 30888645 | ^ | MEBN | | |
| | | | Jul 16 2024 21:35:40 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 30888647 | ^ | MEBN | | |
| | | | Jul 16 2024 21:33:23 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Stephen A. Spaid |
| 30888636 | | Nyla Group LLC, 691 S. Green Bay Road #208, WI 54596 |
| 30925922 | | Talaileva Fa'Apoi, c/o Jessica Travis, 1370 Bedford Drive #104 Melbourne, FL 32 |
| 30937661 | | Talaileva Fa'Apoi, c/o Jessica Travis, 1370 Bedford Drive #104 Melbourne, FL 32 |

District/off: 113A-6                     User: admin                          Page 3 of 3
Date Rcvd: Jul 16, 2024                Form ID: B318                    Total Noticed: 47

| 30917190 | | Talaileva Fa'Apoi, 1370 Bedford Drive #104 Melbourne FL 329 |
| 30937662 | | Triton Recovery, 7071 Queensferry Mableton, GA 3012 |
| 30937659 | * | ADT, 1501 Yamato Road Boca Raton, FL 33431 |
| 30925920 | * | ADT, 1501 Yamato Road Boca Raton, FL 33431 |
| 30937660 | * | Spectrum, 3316 Breslay Dr Melbourne, FL 32940 |
| 30925923 | * | Triton Recovery, 7071 Queensferry Mableton, GA 30126 |

TOTAL: 6 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Emerson C Noble | trusteenoble@outlook.com  enoble@ecf.axosfs.com;ecn@trustesolutions.net |
| Stephen J Biggie | on behalf of Debtor Jeanne Whitman biggie@melbournelegalteam.com A.and.A.ECFMail@Gmail.com;arcadier@brevardlegalteam.com;jcw04c@gmail.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jeanne Whitman** | Social Security number or ITIN   xxx–xx–7173 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN  __–_____ |
| United States Bankruptcy Court   Middle District of Florida | | |
| Case number:   6:24–bk–01892–TPG | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeanne Whitman

-

_Dated: July 16, 2024_

_Tiffany P. Geyer_
_United States Bankruptcy Judge_

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---